1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    HARMEET SINGH,

11            Petitioner,                          No. CIV S-06-2442 MCE DAD P

12        vs.

13    D.K. SISTO, Warden,

14            Respondent.                          FINDINGS & RECOMMENDATIONS

15    _____/

16            By order filed November 9, 2006, petitioner's habeas petition was dismissed and

17    thirty days' leave to file an amended petition was granted.  In addition, petitioner was ordered to

18    file a completed application to proceed in forma pauperis on the form provided or submit the

19    appropriate filing fee within thirty days.  On December 5, 2006, petitioner was granted an

20    additional sixty days to comply with the order.  Petitioner was forewarned that failure to do so

21    would result in a recommendation that this action be dismissed with prejudice.  The time period

22    has now expired and petitioner has not filed an amended petition, has not paid the appropriate

23    filing fee, has not submitted a completed application to proceed in forma pauperis, and has not

24    otherwise responded to the court's order.

25            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

26    without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

1

1         These findings and recommendations are submitted to the United States District

2    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

3    days after being served with these findings and recommendations, petitioner may file written

4    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

5    Findings and Recommendations."  Petitioner is advised that failure to file objections within the

6    specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

7    F.2d 1153 (9th Cir. 1991).

8    DATED: February 21, 2007.

9

10              DALE A. DROZD

11              UNITED STATES MAGISTRATE JUDGE

12    DAD:lg
sing2442.fta.fifp

13

14

15

16

17

18

19

20

21

22

23

24

25

26